United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM A. ALERS,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBINHOOD FINANCIAL LLC, et al.,<br><br>        Defendants. | Case No. 22-cv-03916-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On July 5, 2022, this action was transferred from the United States District Court for the Southern District of Florida to this District. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Yvonne Gonzalez Rogers to determine whether it is related to *In re Robinhood Order Flow Litigation*, 20-cv-09328 YGR.

**IT IS SO ORDERED.**

Dated: July 8, 2022



Donna M. Ryu
United States Magistrate Judge